

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2019

No. 04-19-00042-CR

Laura **BRISENO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2622
Honorable Ron Rangel, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on April 1, 2019. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to May 1, 2019. A second motion for extension of time was granted, extending the deadline for filing the brief to May 31, 2019, for a total extension of sixty days. On that day, the appellant filed a third motion requesting an extension of time to file the brief until June 30, 2019, for a total extension of ninety days. The motion is **GRANTED**. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by June 30, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court